NUMBER 13-09-00568-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________


MARIO ALONZO SANCHEZ, MARIO A. SANCHEZ,

D.O., P.A., AND THE NEIGHBORHOOD DOCTOR, Appellants,


v.



RYAN GRAYSON, Appellee.

_____________________________________________________________


On appeal from the 404th District Court 


of Cameron County, Texas.


_____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 The parties to this appeal have filed a joint motion asking the Court to dismiss this
appeal. According to the motion, the parties have reached an agreement to settle and
compromise their differences. Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and joint motion to dismiss the
appeal, is of the opinion that the motion should be granted. See Tex. R. App. P. 42.1(a). 
The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Pursuant
to agreement, costs are taxed against the party incurring same. See Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the appellant."). Having
dismissed the appeal at joint request, no motion for rehearing will be entertained, and our
mandate will issue forthwith

 PER CURIAM

Delivered and filed this the

29th day of July, 2010.